**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED TPA INTAKE USBC
12 JUN 2026 AM9:40

In re:

Case No. 26-04258
Chapter 13

Robert Scott Super,
Debtor.

## MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS

**COMES NOW** the Debtor, Robert Scott Super, appearing pro se, and respectfully moves this Court for an extension of time to file the required bankruptcy documents. In support of this Motion, the Debtor states as follows:

1. On May 27, 2026, the Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. The Debtor has been diligently working to gather and prepare all documents required by the Court, including schedules, statements, financial records, and any other documents required under the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and applicable local rules.

3. Due to circumstances beyond the Debtor's immediate ability to complete and file all required documents by the current deadline, additional time is necessary. Specifically, the Debtor is proceeding without counsel and requires additional time to obtain, organize, and accurately prepare the necessary information and documentation.

4. This request is made in good faith and not for purposes of delay.

5. No party will be unfairly prejudiced by granting this extension.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order extending the deadline for filing all required documents by an additional 30 days, through and including July 10, 2026, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Robert Scott Super
Debtor, Pro Se

602 Viento De Avila
Tampa, FL 33613
(917) 449-7582
rsuper@allcaermgt.com
Date: 6/12/2026

CERTIFICATE OF SERVICE

I certify that on this 12 day of June 2026, a true and correct copy of the foregoing Motion for Extension of Time to File Required Documents was served upon the Chapter Trustee, the United States Trustee, and all parties entitled to notice in accordance with applicable rules.

Robert Scott Super