ORDERED.

**Dated: June 29, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 8:26-bk-04258-CPM

Robert Scott Super,                                       Chapter 13

     Debtor.
_____/

### ORDER VACATING DISMISSAL AND GRANTING MOTION
### FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS

THIS CASE came on without a hearing on the Debtor's Motion for Extension of Time to File Required Documents (the "Motion") (Doc. No. 22), filed on June 12, 2026. The Court entered an order dismissing this case on June 9, 2026 (Doc. No. 20). Although the deadline under the Court's deficiency notice was June 2, 2026, to file all required documents (Doc. No. 5), the deadline under 11 U.S.C. § 521(a)(1) for the Debtor to file required documents to avoid a deemed dismissal is July 3, 2026.

For the reasons stated in the Motion, and because Debtor sought additional time before the deadline prescribed by § 521(a)(1), the Court finds it appropriate to vacate the dismissal and permit Debtor an opportunity to complete the required filings.

Accordingly, it is

**ORDERED**:

1. The Motion (Doc. No. 22) is granted.

2. The Order Dismissing Case entered on June 9, 2026, is vacated, and this case is reinstated.

3. Debtor shall have through and including July 10, 2026, to file all required documents.

4. Failure to meet this deadline may result in dismissal without further notice.

5. The Clerk is directed to restore proof of claim and nondischargeability deadlines consistent with this Order.

6. The § 341 meeting of creditors is rescheduled for **July 23, 2026**, at **1:00 p.m.** The meeting will be conducted by Zoom:

Meeting ID: 271 401 2725

Passcode: 1890653295

Telephone: 941-208-3802.

The Clerk is directed to serve a copy of this order on the Debtor and any interested parties who do not receive service via CM/ECF.