ORDERED.

**Dated: July 15, 2026**

_Catherine M. Ewen_

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 8:26-bk-04258-CPM

Robert Scott Super,                                       Chapter 13

     Debtor.
_____/

**ORDER DENYING MOTION FOR**
**DETERMINATION THAT THE AUTOMATIC STAY IS IN FULL**
**FORCE AND EFFECT AND THAT 11 U.S.C. § 362(c)(3) DOES NOT APPLY**

THIS CASE came on without a hearing on the Debtor's Motion for Determination that the

Automatic Stay is in Full Force and Effect and that 11 U.S.C. § 362(c)(3) Does Not Apply (the

"Motion") (Doc. No. 30), filed on July 2, 2026.  The Motion references 11 U.S.C. § 362(c)(3) and

asserts that the provision is inapplicable because the dismissal entered in this case was

subsequently vacated.  However, § 362(c)(3) is triggered not by dismissal of the current case, but

by dismissal of a prior bankruptcy case of the debtor that was pending within the one-year period

preceding the filing of the current case. The subsequent vacatur of a dismissal entered in the current case therefore has no bearing on the applicability of § 362(c)(3).

Accordingly, it is

**ORDERED** that the Motion (Doc. No. 30) is denied.

The Clerk is directed to serve a copy of this order on the Debtor and any interested parties who do not receive service via CM/ECF.