**FILED VIA MAIL**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUL 27 2026
Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

Case No. 8:26-bk-04258-CPM
Chapter 13

**In re:**
Robert Scott Super,
Debtor.

## DEBTOR'S MOTION TO CONTINUE HEARING

COMES NOW the Debtor, Robert Scott Super, appearing pro se, and respectfully requests that this Court continue the hearing presently scheduled for August 5, 2026, regarding the Motion to Dismiss filed by Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC, and states:

1. The hearing is currently scheduled for August 5, 2026, at 3:00 p.m.

2. Good cause exists for a continuance because the Debtor has filed a Motion for Reconsideration and Continuation of the Automatic Stay pursuant to 11 U.S.C. §§ 362(a) and 362(c)(3). That motion presents threshold legal issues concerning the existence, scope, and continuation of the automatic stay following reinstatement of this Chapter 13 case. Resolution of those issues is likely to materially affect the issues presented in the Motion to Dismiss and may substantially narrow the matters requiring adjudication. Accordingly, judicial economy, fairness to all parties, and the efficient administration of this bankruptcy case favor resolving the pending stay motion before proceeding on the Motion to Dismiss.

3. Proceeding with the Motion to Dismiss before the Court has ruled on the pending stay motion could result in unnecessary litigation, duplicative proceedings, and the inefficient expenditure of judicial resources. Granting a brief continuance will permit the Court to resolve the threshold issue concerning the automatic stay before addressing the merits of the Motion to Dismiss, thereby promoting judicial economy, conserving the resources of the Court and the parties, and avoiding potentially unnecessary litigation.

4. The Debtor respectfully submits that resolution of the pending stay motion constitutes a threshold issue that should be determined before the Court considers dismissal of this Chapter 13 case. Resolving that issue first will assist the Court in determining the appropriate course of further proceedings in this Chapter 13 case.

5. This request is made in good faith and not for the purpose of delay.

6. The requested continuance is expected to be brief, will not unduly prejudice any party, and will assist the Court in reaching a decision upon a complete and orderly record.

7. The Debtor respectfully requests that the Court reschedule the hearing to the next available date convenient for the Court.

**WHEREFORE,** the Debtor respectfully requests that this Court continue the hearing presently scheduled for August 5, 2026, until after the Court has entered an Order resolving the Debtor's pending Motion for Reconsideration and Continuation of the Automatic Stay or until such later date as the Court deems appropriate and thereafter reset the hearing on the Motion to Dismiss at the Court's convenience, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Robert Scott Super
Pro Se Debtor

602 Viento De Avila
Tampa, FL 33613

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all interested parties through the Court's CM/ECF system and/or by U.S. Mail on this 24 day of July, 2026.

Robert Scott Super

Screened by
USMS

TAMPA FL 335
SAINT PETERSBURG FL
25 JUL 2026 PM 3 L

Tampa Fed courthouse
Bankruptcy court
801 N Florida Ave
Suite 555
Tampa FL 33602

33602-385999