ORDERED.

**Dated: July 28, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No. 8:26–bk–04258–CPM
Chapter 13

Robert Scott Super

_____ Debtor* _____ /

### ORDER DENYING MOTION TO CONTINUE HEARING

THIS CASE came on for consideration without a hearing of the **Motion to Continue Hearing** (Doc. **51**), filed by **Debtor Robert Super**.

The Court having considered the record, the Motion to Continue Hearing is Denied.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.