**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: August 4, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No.
8:26−bk−04258−CPM
Chapter 13

Robert Scott Super

Debtor* /

***ORDER OVERRULING OBJECTION TO CLAIM(S). CLAIM NO. 9 BY FINK BRESSACK***

THIS CASE came on for consideration, without hearing, of the Objection to Claim(s). Claim No. 9 by Fink Bressack filed by Filed by Debtor Robert Scott Super , Doc. # 58 . After review, the Court determines that the objection is deficient as follows:

Service upon the claimant is not indicated or the claimant was not served in the manner required by the Federal Rules of Bankruptcy Procedure or Local Rules. Fed. R. Bankr. P. 3007(a), and Local Rule 3007−1(b).

The negative notice legend is not fully displayed on the first page. Local Rule 2002−4.

Accordingly it is

***ORDERED:***

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.