UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ROBERT SCOTT SUPER, | ) | Case No. 8:26-bk-04258-CPM |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

---

**MOTION TO EXTEND TIME TO OBJECT TO**
**DISCHARGEABILITY OF DEBT**

Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC (collectively, **"Genesis"** or **"Movants"**), creditors and parties in interest in the above-captioned Chapter 13 case, by and through undersigned counsel, hereby file this *Motion to Extend Time to Object to Dischargeability of Debt* (the **"Motion"**). By way of this Motion, Genesis is seeking to preserve its ability to file an objection to dischargeability of debt while the order dismissing the above-captioned bankruptcy case becomes final. In support of this Motion, Genesis states as follows:

**SUMMARY**

1. Under Fed. R. Bankr. P. 4007, the Bankruptcy Court may, upon motion, grant an extension or enlargement of time for a creditor to file a complaint to determine whether a debt is dischargeable.

2. An extension is appropriate because the order dismissing the above-captioned bankruptcy case will not become final until after the current deadline to object to dischargeability of a debt.

3. An extension is requested until November 15, 2026.



#68412320 v1

## BACKGROUND

4. On or about May 19, 2026, the Debtor, Robert Scott Super, filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code, commencing the above-captioned case (the **"Bankruptcy Case"**).

5. This Bankruptcy Case is the Debtor's second chapter 13 bankruptcy filing within 5 weeks. The prior case was dismissed for the Debtor's failure to file required papers with the Court.

6. On June 2, 2026, Genesis filed its *Motion to Dismiss Case with Injunction for 180 Days* **(Doc. No. 14)** (the **"Motion to Dismiss"**) together with its *Motion for Prospective Relief from Stay* **(Doc. No. 13)** (the **"Stay Relief Motion"**) seeking Court approval for Genesis to liquidate its claim against the Debtor in the pending state court action styled *Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC v. Lint Chiropractic P.C., et al.*, Wayne County Circuit Court (Business Court), Case No. 24-010404-CB (the "State Court Action").

7. On June 9, 2026, this Court entered an *Order Dismissing Case* **(Doc. No. 20)** (the **"Dismissal Order"**) for the Debtor's failure to cure certain filing deficiencies, effective on the fifteenth day following entry of the order.

8. On June 12, 2026, the Debtor filed his *Motion to Extend Deadlines to File Schedules, Statements and Chapter 13 Plan* **(Doc. No. 22)** (the **"Motion to Extend Deadlines"**). This Court entered an *Order Vacating Dismissal and Granting Motion to Extend Deadlines* (Doc. No. 23) on June 29, 2026, vacating the Dismissal Order.

9. On June 30, 2026, the Court held an initial hearing on the Motion to Dismiss and Stay Relief Motion at which time the Court granted the Stay Relief Motion and continued the hearings on the issue of prospective stay relief and on the Motion to Dismiss to August 6, 2026.

10. On July 7, 2026, the order granting the Stay Relief Motion was entered by the Court.

11. On August 6, 2026, this Court granted dismissal of this Bankruptcy Case together with a 180-day bar to refiling, and granted Genesis a two-year extension of relief from the automatic stay to permit Genesis to liquidate its claims in the State Court Action.

12. The Court has not yet entered its dismissal order and, even if it were entered on August 7, 2026, the dismissal order would not become a final, non-appealable order until after the current deadline of August 17, 2026 for filing a complaint objecting to the dischargeability of Genesis's debt pursuant to 11 U.S.C. § 523 (the "**523 Deadline**").

## LEGAL BASIS

13. Genesis has grounds to object to the dischargeability of its debt, including on the basis of findings of statutory and common-law conversion against the Debtor in the State Court Action.

14. Cause exists to extend the Section 523 Deadline under Fed. R. Bankr. P. 4004(b) and 4007(c) because the order of dismissal has not yet become final and will not become final until after the current 523 Deadline has expired.

15. Additionally, although Genesis could file a nondischargeability complaint by the current 523 Deadline, doing so would require Genesis to pay an adversary proceeding filing fee and otherwise incur additional costs which may be unnecessary if this Bankruptcy Case is not reinstated.

16. No party will be prejudiced by the requested extension, as the above-captioned bankruptcy case has been dismissed, no discharge has been entered, and the requested extension will not delay the administration or closing of this Bankruptcy Case.

17. This Motion is filed before expiration of the current 523 Deadline and is therefore timely under Fed. R. Bankr. P. 4004(b)(1) and 4007(c).

## CONCLUSION

18. Genesis requests that the Court extend the deadline for filing a complaint objecting to the dischargeability of Genesis's debt under 11 U.S.C. § 523, by ninety (90) days from the current August 17, 2026 deadline, up to and including November 15, 2026.

WHEREFORE, Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC respectfully request that this Court enter an Order:

A. Extending the deadline for Genesis to file a complaint objecting to the dischargeability of its debt pursuant to 11 U.S.C. § 523 for an additional 90 days;

B. Granting such other and further relief as the Court deems just and proper.

Dated: August 7, 2026

Respectfully submitted,

GRAYROBINSON, P.A.
One Boca Place
2255 Glades Road, Suite 301E
Boca Raton, Florida 33431
Telephone: (561) 368-3808
Facsimile: (561) 368-4008

By *Jonathan T. Crane*
Jonathan T. Crane, Esq.
Florida Bar No. 1039351
E-Mail: Jonathan.Crane@gray-robinson.com
***Local Counsel for Attorney Michael Pomeranz for Creditors Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC***

TAFT STETTINIUS & HOLLISTER LLP

By: *Michael Leo Pomeranz*
Michael Leo Pomeranz (P84908)
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
Telephone.: 248-351-3000
E-Mail: mpomeranz@taftlaw.com

## **PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or CM/ECF to all parties listed below on this 7th day of August, 2026.

Dated: August 7, 2026

GRAYROBINSON, P.A.
One Boca Place
2255 Glades Road, Suite 301E
Boca Raton, Florida 33431
(561) 368-3808
(561) 368-4008 – facsimile

By *Jonathan T. Crane*
Jonathan T. Crane, Esq.
Florida Bar No. 1039351
E-mail: Jonathan.Crane@gray-robinson.com
***Local Counsel for Attorney Michael Pomeranz for Creditors Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC***

**Notice of Electronic Filing:** All parties registered with CM/ECF to receive electronic notices were served via CM/ECF on August 7, 2026.

**By U.S. Mail:** All parties on the attached official mailing matrix and the parties listed below, were served by U.S. Mail on August 7, 2026.

Robert Scott Super
602 Viento De Avila
Tampa, FL 33613