ORDERED.

**Dated: August 19, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ROBERT SCOTT SUPER, | ) | Case No. 8:26-bk-04258-CPM |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO DISMISS CHAPTER 13 CASE**

THIS CASE came on for hearing on August 5, 2026, at 3:00 p.m., upon *Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC's Motion to Dismiss Chapter 13 Case and to Bar Refiling for 180 Days* (Doc. No. 14) filed by Genesis Alternative Finance IV LLC and Genesis Alternative Finance V, LLC. After reviewing the pleadings and considering the position of the parties, it is

**ORDERED**:

1. *Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC's Motion to Dismiss Chapter 13 Case and to Bar Refiling for 180 Days* (Doc. No. 14) is **GRANTED**.

2. The Debtor, Robert Scott Super, is barred from filing a new bankruptcy case for 180 days from the date of this Order, pursuant to 11 U.S.C. § 109(g).

*Attorney Jonathan T. Crane is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.*