ORDERED.

**Dated: August 21, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Case No. 8:26−bk−04258−CPM
Chapter 13

Robert Scott Super

Debtor* /

**ORDER DENYING AS MOOT AMENDED MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY OF DEBT**

THIS CASE came on for consideration without a hearing of the **Amended Motion to Extend Time to Object to Dischargeability of Debt** (the "Amended Motion") (Doc. **63**).

The Court having considered the record, the Amended Motion is Denied as Moot. (*See* Doc. No. 67.)

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Jonathan Crane is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.