**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:26-bk-04258-CPM |
| ROBERT SCOTT SUPER, | Chapter 13 |
| Debtor/Appellant. | |

FILED VIA MAIL

AUG 27 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

## NOTICE OF APPEAL

Notice is hereby given that Robert Scott Super, Debtor and Appellant, appeals to the United States District Court for the Middle District of Florida from the following final orders entered in this case on August 21, 2026:

1. Doc. 66, Order Granting Motion for Prospective Stay Relief, signed August 19, 2026 and entered August 21, 2026; and

2. Doc. 67, Order Granting Motion to Dismiss Chapter 13 Case, signed August 19, 2026 and entered August 21, 2026, including the 180-day bar on filing a new bankruptcy case pursuant to 11 U.S.C. § 109(g).

This Notice is intended to encompass all rulings and orders that merge into or form the basis of the orders identified above, including the rulings announced in connection with the August 5, 2026 hearing, to the extent reviewable on appeal.

Copies of Docs. 66 and 67 should be attached to this Notice of Appeal when filed, as required by Fed. R. Bankr. P. 8003(a)(3).

Respectfully submitted,

______________________________

ROBERT SCOTT SUPER, Pro Se
Address602 Viento De Avila
Tampa, FL 33613
Telephone: 917-449-7582
Email: rsuper@allcaremgt.com

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2026, I served a true and correct copy of the foregoing on all parties entitled to notice through CM/ECF where available and by U.S. Mail on any party not receiving electronic service, including counsel for Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC.

______________________________

Robert Scott Super