ORDERED.

**Dated: August 28, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Chapter 13

Robert Scott Super, Case No. 8:26-bk-04258-CPM

Debtor.

______________________________________/

**ORDER DIRECTING IMMEDIATE PAYMENT OF**
**APPEAL FEE AND IDENTIFICATION OF ORDER BEING APPEALED**

THIS CASE came on for consideration of the Debtor's Notice of Appeal (Doc. No. 73), which states that the Debtor is appealing the following two orders: Order Granting Motion for Prospective Stay Relief (Doc. No. 66) and Order Granting Motion to Dismiss Chapter 13 Case (Doc. No. 67). For each order being appealed, a separate notice of appeal must be filed, and each such notice must be accompanied by the appeal fee of $298 due under 28 U.S.C. § 1930. The record reflects that the Notice of Appeal failed to identify a single order being appealed because it identified two orders, and the Debtor failed to pay the prescribed fee. Accordingly, it is

**ORDERED:**

1. No later than 14 days from the date of entry of this order, the Debtor must identify the single order that is the subject of this appeal and either pay the prescribed appeal fee or apply for waiver of the fee.

2. If the Debtor fails to timely pay the prescribed appeal fee or apply for a waiver of the fee, the Court will enter an order dismissing the appeal.

3. If the Debtor timely pays a single appeal fee or applies for a waiver of the fee but fails to identify the particular order under appeal, the Court will apply the fee toward appeal of the first order identified in the Notice of Appeal, i.e., the Order Granting Motion for Prospective Stay Relief (Doc. No. 66).

The Clerk is directed to serve a copy of this order on the Debtor and to any interested non-CM/ECF filers.