ORDERED.

**Dated: August 28, 2026**



Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re )
)
ROBERT SCOTT SUPER, ) Case No. 8:26-bk-04258-CPM
) Chapter 13
Debtor. )
)

---

**[*]AMENDED ORDER GRANTING MOTION TO DISMISS CHAPTER 13 CASE**

THIS CASE came on for hearing on August 5, 2026, at 3:00 p.m., upon *Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC's Motion to Dismiss Chapter 13 Case and to Bar Refiling for 180 Days* (Doc. No. 14) filed by Genesis Alternative Finance IV LLC and Genesis Alternative Finance V, LLC. The Debtor failed to appear at the hearing. After reviewing the record and for the reasons stated on the record and recorded in open court that shall constitute the decision of the Court, it is

**ORDERED**:

1. *Genesis Alternative Finance IV LLC and Genesis Alternative Finance V LLC's Motion to Dismiss Chapter 13 Case and to Bar Refiling for 180 Days* (Doc. No. 14) is **GRANTED.**

[*] Amended to include summary of findings of fact.

2. The Debtor, Robert Scott Super, is barred from filing a new bankruptcy case for 180 days from August 19, 2026, pursuant to 11 U.S.C. § 109(g). The Debtor failed to comply with this Court's order (Doc. No. 3), even though he was reminded to file his Chapter 13 Plan, Statement of Financial Affairs, and means test (Doc. No. 5) and was thereafter given an extension of time to do so (Doc. No. 23). The Debtor failed to appear at the hearing to explain his failure. Under these circumstances, his failure to file the required papers after two orders requiring same is willful.

*Attorney Jonathan T. Crane is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.*